```
 1  ROB BONTA
    Attorney General of California
 2  CELINE M. COOPER
    Supervising Deputy Attorney General
 3  State Bar No. 167902
      600 West Broadway, Suite 1800
 4    San Diego, CA 92101
      P.O. Box 85266
 5    San Diego, CA 92186-5266
      Telephone:  (619) 738-9527
 6    Fax:  (619) 645-2581
      E-mail:  Celine.Cooper@doj.ca.gov
 7  Attorneys for Defendant California
    Department of Corrections and Rehabilitation
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| TRAVIS LUCIANO, an individual, | Case No. **'22CV734 MMARBB** |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL ACTION PURSUANT TO 28 U.S.C. §1441(B) (FEDERAL QUESTION JURISDICTION)** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a public agency, | [Removal from the Superior Court of the State of California, County of San Diego, Case No. 37-2022-00008426-CU-WT-CTL] |
| Defendant. | Action Filed:  March 7, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant California Department of Corrections and Rehabilitation (CDCR) hereby removes the above-captioned action from the California Superior Court for the County of San Diego to the United States District Court for the Southern District of California.  This Removal is based on federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, for the reasons stated below.

**PLEADING AND SERVICE**

1. On March 7, 2022, Plaintiff Travis Luciano (Plaintiff) filed an initial Complaint in the Superior Court of California for the County of San Diego, entitled *Travis Luciano vs. California Department of Corrections and Rehabilitation, a public agency*, Superior Court of California, County of San Diego Case No. 37-2022-00008426. On April 4, 2022, Plaintiff filed a First Amended Complaint. A true and correct copy of the First Amended Complaint is attached as Exhibit A.[1]

2. The First Amended Complaint alleges one cause of action for "Sex Discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)." First Amended Complaint (FAC), 6:22-25. Through the First Amended Complaint, Plaintiff seeks, in relevant part: (1) an award of compensatory damages, exemplary damages, litigation expenses and attorney's fees; and (2) an award of punitive damages. FAC, 8:7-15.

3. Attached as Exhibit B is a true and correct copy of the Summons in this action, issued by the Superior Court of California, County of San Diego on April 19, 2022.

4. Attached as Exhibit C is a true and correct copy the Notice of Case Assignment and Case Management Conference (Civil) issued by the Superior Court of California, County of San Diego on March 7, 2022.

5. Attached as Exhibit D is a true and correct copy of the Alternate Dispute Resolution (ADR) Information issued by the Superior Court of California, County of San Diego on March 7, 2022.

6. Collectively, Exhibits A, B, C, and D (identified above), constitute all process, pleadings, and orders served upon CDCR to date.

7. Defendant CDCR is the only named Defendant in the state court action,

---

[1] While filed in state court, the First Amended Complaint's caption identifies "United States District Court for the Southern District of California" as the court.

referenced in paragraph 1 of this Notice. The FAC was served on Defendant CDCR on May 3, 2022. A true and correct copy of CDCR's Service of Process Worksheet is attached as Exhibit E.

8. Attached as Exhibit F is a true and correct copy of the Registrar of Actions in this case downloaded from the Superior Court of California, County of San Diego website on May 20, 2022.

## TIMELINESS OF REMOVAL

9. Pursuant to 28 U.S.C. § 1446(b), a party must file a notice of removal of a civil action or proceeding "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ...." The date upon which the 30-day period within which a party must remove an action begins to run is determined by the date upon which service of process is deemed effective under state law. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc*., 526 U.S. 344, 348 354 (1999).

10. Plaintiff served Defendant CDCR by personal service on May 3, 2022. Accordingly, pursuant to 28 U.S.C. § 1446(b), CDCR's Notice of Removal is timely if filed on or before June 2, 2022.

## FEDERAL QUESTION JURISDICTION

11. The First Amended Complaint properly may be removed on the basis of federal question jurisdiction because the civil action arises under the Constitution, laws, and treaties of the United States. See 28 U.S.C. §§ 1331, 1441.

12. 28 U.S.C. § 1441, which establishes when an action is removable, sets forth in relevant part: "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13. Plaintiff's First Amended Complaint pleads a federal cause of action because it alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a) during Plaintiff's employment. FAC, ¶¶ 34–42. Further, the First Amended Complaint specifically alleges "[t]his Court has original jurisdiction over the subject matter of this action pursuant 28 U.S.C. § 1331 because this matter involves a federal question, as it alleges claims under 42 U.S.C. §§ 2000e-2(a)." FAC, ¶ 3.

14. Pursuant to 28 U.S.C. § 1331, this District Court has original jurisdiction of this action, as an action arising under the laws of the United States.

## VENUE

15. Venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1441(a), because it is the "district and division embracing the place where such action is pending." The First Amended Complaint specifically alleges "[v]enue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because this civil action is not founded on diversity of citizenship, Defendant obtains an office in this district, and a substantial part of the actions and events giving rise to the claims alleged in this matter occurred in this district." FAC, ¶ 4. Plaintiff filed his First Amended Complaint in a state court located within the Southern District of California, and this action arises in San Diego County. 28 U.S.C. § 1441(a); see also 28 U.S.C. § 84(d) (providing that the Southern District of California includes San Diego County).

## NOTICE TO STATE COURT AND ADVERSE PARTY

16. Concurrent with the filing of this Notice of Removal, Defendant is sending notice of the removal to the Superior Court for the County of San Diego and Plaintiff's counsel of record.

17. By removing this action to this Court, Defendant CDCR does not waive any defenses, objections or motions available to it under applicable law.

///

1     **WHEREFORE**, Defendant California Department of Corrections and Rehabilitation hereby removes this action from the Superior Court of California for the County of San Diego to the United States District Court for the Southern District of California. Defendant prays for such other and further relief to which it may be entitled, both at law and in equity, both general and special.

Dated: May 23, 2022             Respectfully submitted,

                                                         ROB BONTA
                                                         Attorney General of California

                                                         *s/Celine M. Cooper*
                                                         CELINE M. COOPER
                                                         Supervising Deputy Attorney General
                                                         *Attorneys for Defendant California Department of Corrections and Rehabilitation*

SD2022801048
83398662.docx

# CERTIFICATE OF SERVICE

Case Name: **Travis Luciano v. CDCR, et al.**
USDC Southern District Case No.:
San Diego Superior Court Case No.:   37-2022-00008426-CU-WT-CTL

I hereby certify that on **May 23, 2022**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CIVIL CASE COVERSHEET;**

**NOTICE OF REMOVAL ACTION PURSUANT TO 28 U.S.C. §1441(B) (FEDERAL QUESTION JURISDICTION); and**

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **May 23, 2022**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lawrence B. Avila
M&A Law Offices
501 W. Broadway, Suite 800
San Diego, CA 92101

Attorneys for Plaintiff
*Travis Luciano*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 23, 2022**, at San Diego, California.

| T. Zendejas | Signature |
| --- | --- |
| Declarant | |

SD2022801048
83426274.docx